**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-11-309 |
| | § | |
| | § | |
| | § | |
| JAVIER MARTINEZ-HERNANDEZ | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 22).   The

court finds that the interests of justice are served by  granting  this continuance and that those

interests outweigh the interests of the public and the defendant in a speedy trial. The  motion for

continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | September 16, 2011 |
| Responses are to be filed by: | September 30, 2011 |
| Pretrial conference is reset to**:** | **October 3, 2011 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **October 11, 2011 at 9:00 a.m.** |

SIGNED on August 5, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge